**Order entered December 30, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00480-CR
### No. 05-22-00481-CR

## THE STATE OF TEXAS, Appellant

## V.

## SEDRICK JOHNSON, Appellee

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F19-76129-X and F19-00595-X**

## ORDER

Before the Court is the State's motion to set this case for submission. We

**DENY** the motion. The case will be set for submission in due course.

/s/    LANA MYERS
JUSTICE